IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE F. TROMBETTI, DESAREE R. ICZKOWSKI | : : : | CIVIL ACTION |
| v. | : : | NO. 25-1362 |
| ALDAN BOROUGH DELAWARE COUNTY TAX CLAIM BUREAU, JOHN WHITE, KAREN DUFFY, STEVEN ZIVIELLO, OFFICER ANDREW DURIS, OFFICER KENNETH COPPOLA JR., OFFICER RYAN BELL, OFFICER ZAHNER, DAVID CLARK, JAMES F. BURGER, DAVE SMITH, THERESE SMITH, BILLY PLYMOUTH, JOHN GOULD, UNKNOWN ALDAN BOROUGH WORKER, NATHAN KRAUTHAMER, DELAWARE COUNTY PUBLIC DEFENDER, DELAWARE COUNTY DISTRICT ATTORNEY, THE LAW FIRM OF LITHGOE, TYLER & ROSEN, OFFICER SMITH, CHRIS WELCH, DETECTIVE LITHGOE, DETECTIVE TYLER, INVESTIGATOR ROSEN | : : : : : : : : : : : : : : : : | |

## ORDER

**AND NOW**, this 9th day of June 2025, having granted Plaintiffs leave to proceed without paying the filing fees (ECF 15) requiring we screen their Complaint before issuing summons and having granted multiple requests for extension to file an amended Complaint including up to June 3, 2025 (ECF 31, 33), further considering Plaintiffs' belated Motion for another extension to file an amended Complaint (ECF 34), and for reasons detailed in the accompanying Memorandum and not finding good cause to allow further amendment before screening the first filing, it is **ORDERED**:

2

1.  We **DISMISS** the Complaint (ECF 1) with accepted supplements (ECFs 16, 17, 22, 24) as not stating a claim within our limited subject matter jurisdiction without prejudice to file an amended Complaint consistent with the Plaintiffs' obligations under Rules 8 and 11 grounded in the facts tying the varied facts relating to conduct in Florida and Delaware county claims to legal theories under federal law (and possibly supplemental jurisdiction for state law claims) cognizable in this Court by no later than **June 25, 2025** or we will direct the Clerk of Court to close this case; and,

2.  Plaintiffs' Motion for a further extension of time (ECF 34) is **DENIED** without prejudice to amend consistent with this Order and accompanying Memorandum.

*[signature]*
**KEARNEY, J.**