IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE F. TROMBETTI, DESAREE R. ICZKOWSKI | : : : | CIVIL ACTION |
| v. | : : | NO. 25-1362 |
| ALDAN BOROUGH, DELAWARE COUNTY TAX CLAIM BUREAU, JOHN WHITE, KAREN DUFFY, STEVEN ZIVIELLO, OFFICER ANDREW DURIS, OFFICER KENNETH COPPOLA JR., OFFICER RYAN BELL, OFFICER ZAHNER, DAVID CLARK, JAMES F. BURGER, DAVE SMITH, THERESE SMITH, BILLY PLYMOUTH, JOHN GOULD, NATHAN KRAUTHAMER, THERESE M. BURGER, NATHAN GOODE | : : : : : : : : : : : | |

## ORDER

**AND NOW**, this 1st day of August 2025, mindful we granted Plaintiffs leave to file a pro se amended Complaint after reviewing and dismissing their initial Complaint (ECF 35, 36), and having now reviewed their extensive amended Complaint (ECF 39) and accompanying Exhibits (ECF 40, 41, 42), consistent with our Congressional oligation of screening cases filed without paying the filing fees, and finding Plaintiffs have not pleaded a short and plain statement of their claims consistent with Rule 8 and cannot state a constitutional or federal disabilities claim as a matter of law after two attempts, it is **ORDERED** we**:**

 1. **DISMISS** Defendants Unknown Aldan Borough Worker, Delaware County Public Defender, Delaware County District Attorney, The Law Firm of Lithgoe, Tyler & Rosen, Officer Smith, Chris Welch, Detective Lithgoe, Detective Tyler, Investigator Rosen as unnamed in the amended Complaint (ECF 39);

2

2. **Direct** the Clerk of Court to add newly named Defendants Therese M. Burger and Nathan Goode;

3. **AMEND** the caption as above consistent with the amended Complaint (ECF 39);

4. **DISMISS** the amended Complaint (ECF 39) and accompanying Exhibits (ECF 40, 41, 42) with prejudice; and,

5. **Direct** the Clerk of Court to **CLOSE** this case.

*/s/ Mark C. Kearney*
**KEARNEY, J.**